UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Katherine Rusch

Plaintiff

v

Commissioner of Social Security
Commissioner
Nancy A. Berryhill

Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:16-cv-00216

○ JURY VERDICT . This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

◉ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

The court affirms the ALJ's determination that plaintiff Katherine Renee Rusch is not entitled to supplemental security income (ssi) under Title XVI of the Social Security Act.

Date: March 17. 2017

CLERK, U.S. DISTRICT COURT

/s/ Sara Jo Corlis

By: Deputy Clerk